## WOODS v. MANGUM

[363 N.C. 827 (2010)]

EDWARD L. WOODS AND WIFE, BETTY R. WOODS, PLAINTIFFS v. ODELL McFADDEN MANGUM, EXECUTRIX OF THE ESTATE OF JOHN ED MANGUM, DEFENDANT v. GEORGE W. MILLER, JR., PUBLIC ADMINISTRATOR OF THE ESTATE OF JOHN ED MANGUM, INTERVENOR DEFENDANT

No. 429A09

(Filed 12 March 2010)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, —— N.C. App. ——, 682 S.E.2d 435 (2009), affirming a judgment entered on 10 June 2008 by Judge Howard E. Manning, Jr. in Superior Court, Durham County. Heard in the Supreme Court 16 February 2010.

*Glenn, Mills, Fisher & Mahoney, P.A., by Carlos E. Mahoney, for plaintiff-appellees.*

*Haywood, Denny & Miller, L.L.P., by Robert E. Levin, for intervenor defendant-appellant.*

PER CURIAM.

AFFIRMED.